# FINANCIAL DISCLOSURE REPORT
## Initial Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hudson, Henry E. | U.S. District Court-Eastern, VA. | 01/23/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge- Nominee | ___ Nomination, Date 01/23/2002  X Initial ___ Annual ___ Final | 01/01/2001 to 12/31/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Fairfax County Circuit Court  4110 Chain Bridge Road  Fairfax, Virginia, 22030 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | [X] NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [ ] NONE (No reportable agreements.) | |
| 1 | 1996 | Reed Smith Shaw & McClay, retirement plan with former law firm, no control |
| 2 | 1998 | Virginia Retirement System, Judicial pension upon retirement age 65. |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | 2000 | Fairfax County Circuit Court | 120,000 |
| 2 | 2001 | Fairfax County Circuit Court | 124,000 |
| 3 | 2000 | Paramount Pictures, Inc. | 1,000 |
| 4 | 2000 | U.S. Department of Defense | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE (No reportable liabilities.) | | | |
| 1 | Navy Federal Credit Union | VISA, Credit Card | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

**FINANCIAL DISCLOSURE REPORT** | Hudson, Henry E. | 01/23/2002

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(S)" after each asset exempt from prior disclosure. | (1) Amount Code (A-B) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Bank of America | A | Interest | J | T | exempt | | | | |
| 2  Cardinal Bank | C | Interest | K | T | exempt | | | | |
| 3  Cardinal Bank (stock) | B | Dividend | K | T | exempt | | | | |
| 4  Navy Federal Credit Union | B | Interest | K | T | Exempt | | | | |
| 5  Campaign Solutions,Inc. | B | Dividend | J | W | exempt | | | | |
| 6  Franklin High-Yield Fund | D | Interest | M | T | exempt | | | | |
| 7  Dominion Resources,Inc. | D | Dividend | L | T | exempt | | | | |
| 8  America's Utility Fund | A | Dividend | K | T | exempt | | | | |
| 9  Capital World Growth and Income Fund | A | Interest | K | T | exempt | | | | |
| 10 AMCAP Fund Inc. | A | Dividend | K | T | exempt | | | | |
| 11 Income Fund of America | B | Dividend | J | T | exempt | | | | |
| 12 Smallcap World Fund,Inc | A | None | K | T | exempt | | | | |
| 13 Gateway, Inc. | A | None | J | T | exempt | | | | |
| 14 Wal-Mart Stores,Inc. | A | Dividend | J | T | exempt | | | | |
| 15 American Legacy II | B | Dividend | M | T | exempt | | | | |
| 16 Dreyfus LifeTime Portfolios, Inc.Growth and Income Fund | A | None | K | T | exempt | | | | |
| 17 Burke & Herbert Bank | A | Interest | J | T | exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Hudson, Henry E. | 01/23/2002 |

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 New Economy Fund | A | None | J | T | exempt | | | | |
| 19 Wash. Mutual Invs. Fd. | A | | J | T | exempt | | | | |
| 20 Growth Fund Amer. Inc. | A | Dividend | J | T | exempt | | | | |
| 21 Virginia Retirement System | | None | K | T | exempt | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.
(Indicate part of report.)

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Hudson, Henry E.

Date of Report

01/23/2002

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.
(Indicate part of report.)

## . CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date Jan. 23, 2002

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544